**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Jose Luis SILVA, Defendant–Appellant.**

**No. 07–10532**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Dec. 3, 2007.

Roberta Josephina Bodnar, U.S. Attorney's Office, Orlando, FL, for Plaintiff–Appellee.

William P. Healy, Flagler Beach, FL, for Defendant–Appellant.

Before TJOFLAT, ANDERSON and PRYOR, Circuit Judges.

PER CURIAM:

William P. Healy, appointed counsel for Jose Luis Silva on appeal, has filed a motion to withdraw on appeal supported by a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no issues of arguable merit, counsel's motion to withdraw is **GRANTED** and Silva's conviction and sentence are **AFFIRMED.**